IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANTHONY B. RYAN                                                                    PLAINTIFF

     v.                                        CIVIL NO. 13-3069

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                            DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP").  ECF Nos. 1, 2.  The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

Plaintiff's IFP application indicates that he is married.  ECF No. 2.  However, Plaintiff does not indicate whether his wife is employed, and, if so, the nature of her employment and compensation.  As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding all his sources of income.  Plaintiff is directed to file his amended IFP application by July 17, 2013.  Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 3rd day of July 2013.


/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE