IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANTHONY B. RYAN                                                                           PLAINTIFF

    v.                          Civil No. 13-3069

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## O R D E R

  On the 8th day of July 2013, Plaintiff submitted a perfected request for leave to proceed *in forma pauperis*.  ECF No. 7.  IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* and motion for Service be granted.  ECF No. 2.  The court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs or security therefor.  The defendant is ordered to answer within sixty (60) days from the date of service.

  IT IS SO ORDERED on this the 9th day of July 2013.

                */s/ J. Marschewski*
                HON. JAMES R. MARSCHEWSKI
                UNITED STATES MAGISTRATE JUDGE